In the Matter of EDNA BARR et al., Appellants, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.

ALGON REALTY CORPORATION, Respondent.

Argued June 4, 1940; decided July 24, 1940.

*Max E. Greenberg* and *Herbert G. McLear* for appellants.

*William C. Chanler*, Corporation Counsel (*Stanley Buchsbaum* and *Paxton Blair* of counsel), for Board of Standards and Appeals, respondent.

*Clarence G. Bachrach* for intervener, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and LEWIS, JJ. Taking no part: CONWAY, J.